AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>7:25mj82 | Date and time warrant executed:<br>May 1, 2025 @1437 hrs | Copy of warrant and inventory left with:<br>On file with USPIS |

Inventory made in the presence of :
Postal Inspectors Barrett and McCafferty

Inventory of the property taken and name(s) of any person(s) seized:

1. Approximately 114 grams of a crystal-like material, field tested posiitive for methamphetamine

2. United States Postal Service Priority Mail Parcel bearing tracking number "9405 5362 0624 9297 6310 89" and packing material.

*Received in Chambers*
*By Reliable Electronic Means*

5/7/2025 12:01 PM

*Hon. C. Kailani Memmer*
*United States Magistrate Judge*

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
May 07, 2025
LAURA A. AUSTIN, CLERK
BY: /s/ S. Wray
DEPUTY CLERK

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/7/2025

*Michael J. Barrett*
*Executing officer's signature*

Michael J. Barrett, United States Postal Inspector
*Printed name and title*

Print   Save As...   Reset